# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 24, 2022

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re: Ashot Yegiazaryan, aka Ashot Egiazaryan
          v. Vitaly Ivanovich Smagin, et al.
          No. 22-381
          (Your No. 21-55537)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on October 20, 2022 and placed on the docket October 24, 2022 as No. 22-381.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Jacob A. Levitan
      Case Analyst