# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 13, 2023

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Ashot Yegiazaryan, aka Ashot Egiazaryan
v. Vitaly Ivanovich Smagin, et al.
No. 22-381
(Your No. 21-55537)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The petition for a writ of certiorari in No. 22-383 is granted. The cases are consolidated, and a total of one hour is allotted for oral argument.

Sincerely,

**Scott S. Harris**, Clerk